IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARIA F. WALLACE | § | |
| Plaintiff, | § § § | |
| VS. | § | NO. 3-11-CV-0284-N |
| LIBERTY MUTUAL, ET AL. | § § § | |
| Defendants. | § | |

## **ORDER**

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court.

SO ORDERED.

SIGNED April 26, 2011.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE